IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>P F SERVICES, INC.<br><br>                              Debtor | CHAPTER 7<br><br>CASE NO.  13-20646-REB<br><br>HONORABLE ROBERT E. BRIZENDINE |

**CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS BY PRIVATE SALE**

COMES NOW, the Chapter 7 Trustee, Albert F. Nasuti (the "Trustee") by and through his counsel of record, and pursuant to 11 U.S.C. §§ 331 and 363, shows the following:

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the United States Code (the "Bankruptcy Code") on March 5, 2013 (the "Petition Date").  The Chapter 11 case was subsequently converted to Chapter 7 on December 19, 2013.  Albert F. Nasuti is the duly appointed Chapter 7 Trustee.

2. The Bankruptcy Estate has interest in certain personal property of the debtor including but not limited to miscellaneous print and sign equipment, machinery, supplies, office equipment, *etc*., all located at Debtor's former premises of 9305 Industrial Trace, Suite B, Alpharetta, Georgia 30004.  The property proposed to be sold is more specifically described on the attached Exhibit "A" (the "Personal Property") and generally comprises:

    • All print and sign equipment located at place of Debtor's former business premises at 9305 Industrial Trace, Suite B, Alpharetta, Georgia 30004; and

    • All office supplies and office equipment located at Debtor's former business premises at 9305 Industrial Trace, Suite B, Alpharetta, Georgia 30004; and

    • All rights to business and sales licenses owned by the Debtor; and

    • Client list; and

    • Any and all other property owned by P F Services, Inc., including any intellectual property and goodwill, but excluding any accounts receivable owed to the Debtor.

3. The Trustee seeks authority to sell the Personal Property by a private sale to Alpharetta Print & Sign, Inc. for the purchase price of $12,000.00.

4. The Personal Property will be sold "as is", free and clear of liens, claims and

       encumbrances, with any lien, to the extent it is valid and perfected, to attach to the sale proceeds. There are no liens known to the Trustee.

5. The purchase price of $12,000.00 shall be payable as follows. The proposed buyer has delivered the first installment of $4,000.00 as non-refundable earnest money, to be used towards the purchase price. The second payment of $4,000.00 shall be due and payable on or before January 28, 2014. The last payment of $4,000.00 shall be due and payable on or before February 20, 2014. In the event of default on any of the foregoing payments by the Buyer, the Trustee shall retain the first installment of $4,000.00 and shall have a right to reclaim the Personal Property.

6. Pursuant to 11 U.S.C. § 363(f), the Trustee hereby moves this Court for authority to sell the Personal Property free and clear of any and all liens, with liens to attach to the sale proceeds. The Trustee will hold the net proceeds of the sale in an Estate account and will pay liens as may be asserted, to the extent they are valid, perfected, enforceable, and not subject to avoidance, in accord with further order of this Court.

7. The property being sold does not include personal property previously sold to the Debtor by Dan Osiek (the "Osiek Property"). The Trustee shows the Court that the Osiek Property may be subject to a lien and may or may not be property of the estate. This sale specifically excludes the Osiek Property and the Trustee and Estate's rights to the Property, as well as Dan Osiek's right to assert a lien against said property shall remain and survive and shall not be transferred as part of this sale.

8. The Trustee shows that the Buyer, Alpharetta Print & Sign, Inc., is a corporation owned by the Debtor principal, Paul Frank. Prior to the bankruptcy filing, the Debtor did business as "Alpharetta Print & Sign", although at that time it was a trade name or d/b/a of the Debtor. Thus, the Trustee shows that the sale as contemplated herein is a sale to an "insider" of the Debtor, as defined in the Bankruptcy Code.

9. The Trustee shows that the assets being sold have value to the Buyer given their location and its familiarity with the Personal Property. If the Trustee were to have to move the Personal Property and conduct a private or public sale at another location, the Trustee believes that the amount to be realized after the expenses of the sale would be less than will be realized selling to an insider purchaser.

10. The Trustee believes that acceptance of this offer and expedited sale of the Personal

       Property are in the best interests of the Estate and its creditors.

11.    The Trustee is authorized to execute bill of sale and/or any other documents as are necessary to transfer ownership in the Personal Property.

       WHEREFORE, the Trustee respectfully moves this Court for entry of an Order:

       (a)    authorizing the Trustee to sell personal property of the Estate free and clear of liens, claims, encumbrances, and other interests, to wit, the Personal Property described herein, at a private sale to Alpharetta Print & Sign, Inc. for $12,000.00 on the stated terms and to execute all documents necessary to consummate this sale; and

       (b)    granting such other and further relief as the Court may deem just and proper.

       Respectfully submitted, this 14th day of January, 2014.

       /s/    Albert Nasuti
       _____
       Albert F. Nasuti, Esq.
       Georgia State Bar No. 535209
       Thompson, O'Brien, Kemp & Nasuti, P.C.
       40 Technology Parkway South, Suite 300
       Norcross, Georgia 30092
       Tel: (770) 925-0111
       Counsel for Chapter 7 Trustee



**Alpharetta Print and Sign**
**Alpharetta Quality Printing**
9305 Industrial Trace, Ste B
Alpharetta, GA 30004
Off: 678-366-9018  Fax: 678-366-9025
e-mail:  pfnrp@bellsouth.net

## Asset List

**Alpharetta Print & Sign Equipment:**

Ryobi 3200 w/T-Head - S/N 5661
NuArc Plate Burner - S/N 8LC-L91-013
ITEC 430 Camera / Plate Maker – S/N 9488
40" NuArc Light Table - S/N EL-G92-021
Lassco FM-2 Paper Drill - S/N FM2260
Baumcut 80 cutter w/ computer control - S/N 081KB0006
Weldontron L Shrink wrap system - S/N FK29470
Bostitch Saddle Stitch System - S/N 9442
54" GraphTek Vinyl Plotter / Cutter - S/N 020701941
42"" GraphTek Vinyl Plotter / Cutter – No serial # Plate
Fletcher 3000 cutter - S/N 30006013-796
Sprint 3000 Booklet Maker - S/N 10336
 (2) MAC computers - S/N W88037KLX89 & W88037KLX85
Folder- S/N 018049
54" Laminator for vinyl – S/N LR81956-1


**APS Office Equipment: No Serial Numbers**

Cubicles Used
Telephone System  (8 units & controller)
POS Sign System
POS Software not transferrable
Misc file cabinets, chairs etc
(2) PC computers
(5)Printers / Fax
Design Software
Outside Neon Sign
Misc Equip:  Small Laminator, Tabber,
    Printer, numbering unit, wire comb
    Binding system, scale and mailing system

**EXHIBIT A**

## Alpharetta Quality Printing Asset List

**Equipment**                                                    **Current Value**

**Ryobi 2800 w/T-head offset press - S/N 3165-7**
**Light table - S/N EL-M91-028**

### AQP & Misc Office Equipment / Supplies: No Serial Numbers

**Vinyl**
**Misc mounting boards**
**Tools**
**Paper**
**HP Fax**
**Misc supplies**
**T7P Credit Card processing system**
**GBC Binder with coils**
**Misc. Items:**
**Misc desks, chairs, files, tables,**
**Front sales counter and shelves**
**Misc. inks and paper, PC w/ monitor**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>P F SERVICES, INC.<br><br>Debtor | CHAPTER 7<br><br>CASE NO.  13-20646-REB<br><br>HONORABLE ROBERT E. BRIZENDINE |

### NOTICE OF ASSIGNMENT OF HEARING

PLEASE TAKE NOTICE that the Trustee has filed a Motion for Authority to Sell Personal Property of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests by Private Sale (the "Motion") with the Court in the above-styled case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 103, U.S. Courthouse, 121 Spring Street, Gainesville, Georgia at 1:30 p.m. on February 12, 2014.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's Office is Clerk, **U.S. Bankruptcy Court, Suite 120, 121 Spring Street, Gainesville, Georgia 30501**.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated this 14th day of January, 2014.

/s/    Albert Nasuti
_____
Albert F. Nasuti, Esq.
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111
anasuti@tokn.com
Counsel for Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE:<br><br>P F SERVICES, INC.<br><br>　　　　　　　　　　Debtor | CHAPTER 7<br><br>CASE NO. 13-20646-REB<br><br>HONORABLE ROBERT E. BRIZENDINE |
|---|---|

**CERTIFICATE OF SERVICE**

This is to certify that I have this day I served a copy of this Chapter 7 Trustee's Motion for Authority to Sell Personal Property of the Estate Free and Clear of Liens, Claims, Encumbrances and Other Interests by Private Sale and Notice of Hearing by depositing a copy of the same in the United States Mail, properly addressed with sufficient postage on all the creditors and parties in interest listed on the attached Exhibit "B".

Dated this 14th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　/s/    Albert Nasuti
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Albert F. Nasuti, Esq.
　　　　　　　　　　　　　　　　　　　　　Georgia State Bar No. 535209
　　　　　　　　　　　　　　　　　　　　　Thompson, O'Brien, Kemp & Nasuti, P.C.
　　　　　　　　　　　　　　　　　　　　　40 Technology Parkway South, Suite 300
　　　　　　　　　　　　　　　　　　　　　Norcross, Georgia 30092
　　　　　　　　　　　　　　　　　　　　　Tel: (770) 925-0111
　　　　　　　　　　　　　　　　　　　　　anasuti@tokn.com
　　　　　　　　　　　　　　　　　　　　　Counsel for Chapter 7 Trustee

EXHIBIT B
Case 13-20646-reb
Northern District of Georgia
Gainesville

AT&T Yellow Pages
611 N Brand Blvd
5th Fl
Glendale, CA 91203-3288

AirTran Card Services
PO Box 8826
Wilmington, DE 19899-8826

Allied Interstate
PO Box 1954
Southgate, MI 48195-0954

American Bureau of Collection
1100 Main Street
Buffalo, NY 14209-2356

Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188-7410

CIT
21146 Network Place
Chicago, IL 60673-1211

CIT Finance, LLC
Bankruptcy Processing Solutions, inc.
1162 E. Sonterra Blvd., Suite 130
San Antonio, TX 78258-4048

CMI Credit Mediators
Po Box 456
Upper Darby, PA 19082-0456

CST
PO Box 33127
Louisville, KY 40232-3127

Campbell Hightower & Adams
4645 S. Lakeshore Drive
Suite 11
Tempe, AZ 85282-7152

Capital One
PO Box 85617
Richmond, VA 23285-5617

Lisa Ritchey Craig
McCullough Payne & Haan, LLC
Suite 2200
271 17th Street, NW
Atlanta, GA 30363-6213

Creditors Interchange
165 Lawrence Bell Drive
Suite 100
Buffalo, NY 14221-7900

DNS Services
4400 NE 77th Ave
Suite 275
Vancouver, WA 98662-6857

Dan Osiek
135 Spring Laurel Court
Duluth, GA 30097-1889

Don Moro
c/o Joe Perry Redd
1959 -G Parker Court
Stone Mountain, GA 30087-3449

GE Capital
PO Box 981439
El Paso, TX 79998-1439

GE Capital Corporation
Elizabeth Steel
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA 52404-8247

GE Capital Corporation
Attn: Courtney Timmerman
1010 Thomas Edison Blvd
Cedar Rapids, IA 52404-8247

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Dept of Labor
148 International Blvd NE
Atlanta, GA 30303-1751

Georgia Manufacturers Reg
1633 Central Street
Evanston, IL 60201-1505

Georgia Natural Gas
PO Box 105445
Atlanta, GA 30348-5445

Gill Law Firm
1625 South Congress Ave
Suite 300
Delray Beach, FL 33445-6304

INTERNAL REVENUE SERVICE, CIO
P.O. BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

Integrity Payment Systems
1700 Higgins Road, Suite 690
Des Plaines, IL 60018-6411

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Konica Minolta
c/o Vivian Uchitel
Sompson, Uchitel & Wilson
P.O. Box 550105
Atlanta, GA 30355-2605

Kopier Net
PO Box 800219
Roswell, GA 30075-0003

```
McCarthy Burgess & Wolfe            Merchant Cash & Capital           James H. Morawetz
26000 Cannon Road                   450 Park Ave South                Office of U.S. Trustee
Bedford, OH 44146-1807              11th Floor                        362 Richard Russell Bldg.
                                    New York, NY 10016-7320           75 Spring Street, SW
                                                                      Atlanta, GA 30303-3330


NCC Business Services, Inc          Dan Osiek                         Northstar
PO Box 24739                        146 Bear Drive                    4285 Genessee Street
Jacksonville, FL 32241-4739         Waleska, GA 30183                 Buffalo, NY 14225-1943




Office of the United States Trustee P F Services, Inc.                Howard P. Slomka
362 Richard B Russell Bldg          9305 Industrial Trace             Slomka Law Firm
75 Spring Street SW                 Suite B                           2nd Floor
Atlanta, GA 30303-3315              Alpharetta, GA 30004-5200         1069 Spring Street, NW
                                                                      Atlanta, GA 30309-3817


R. Scott Stevenson                  Stonebridge Accounting & Forensics LLC   TCF Equipment Finance Inc
Wong Fleming                        Attn: Spence Shumay               11100 Wayzata Blvd
Suite 500                           PO Box 1290                       Suite 801
2000 RiverEdge Parkway              Grayson, GA 30017-0025            Minnetonka, MN 55305-5503
Atlanta, GA 30328-4657


Thompson, O'Brien, Kemp & Nasuti, P.C.   United Recovery Systems      United Recovery Systems
40 Technology Parkway South, Suite 300   PO Box 722910                Po Box 722929
Norcross, GA 30092-2924                  Houston, TX 77272-2910       Houston, TX 77272-2929




Valley Litho Supply                 Walter S. Nielsen                 William Casanave
1047 Huagen Ave                     290 Mindy Mountain Road           c/o Gibson, Deal, Fletcher
Rice Lake, WI 54868-1289            Tiger, GA 30576-1719              3953 Holcomb Bride Road
                                                                      Suite 200
                                                                      Norcross, GA 30092-5201


Wilson Hutchison Realty, LLC
5755 North Point Pkwy
Suite 219
Alpharetta, GA 30022-1171
```